UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:17-CV-200-JHM

*Filed Electronically*

**BLAKE PERKINS**                                                                                                    **PLAINTIFF**

V.          **AGREED ORDER OF SETTLEMENT AND DISMISSAL**

**WESTERN KENTUCKY UNIVERSITY**
**HARVEY V. WALLMANN**                                                                                   **DEFENDANTS**

The parties, by counsel, having announced to the Court that all claims have been settled to the satisfaction of all parties, and the Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDICATED that all claims set forth in Plaintiff's Complaint, or which could have been asserted in Plaintiff's Complaint, are hereby dismissed with prejudice. This is a final and appealable order, and there is no just cause for delay.

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

May 29, 2018

/s/ Ena V. Demir
Ena V. Demir
Thomas N. Kerrick
*Counsel for Defendants*

/s/ Christopher W. Smith (with permission)
David Randolph Smith
Dominick R. Smith
Christopher W. Smith
*Counsel for Plaintiff*

Copies to: Counsel of record